UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARASHI MAHALO, LLC, <br><br> Defendant. | Case No. 18-cv-07311-VC <br><br> **JUDGMENT** |

    Judgment is entered in accordance with the order granting the motion for summary judgment.

*See* Dkt. No. 35. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

    Dated: December 19, 2019

VINCE CHHABRIA
United States District Judge